IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

Percy James, Jr.    *
                    *        CASE NO. 19-32265
                    *
                    *
                    *        CHAPTER 13

## CUMULATIVE STATEMENT OF AMENDMENTS

**COMES NOW** the debtor, by and through his attorney of record in the above-captioned case, and pursuant to Bankruptcy Rule 3015, and Local Rule 3015-1(c) amends his Chapter 13 Plan:

- Under section 2, the Chapter 13 payments have increased to $649.00 monthly.
- Under section 5.1, the amount of debt owed to OneMain Financial has changed to $11,909.38 to reflect POC #3.
- Under section 8, the amount of arrearage has increased to $16,969.47 to reflect POC #2.
- Under section 9, the amount of debt has increased to reflect POC #2.

Respectfully submitted this 30th day of September, 2019.

BOND, BOTES, SHINN & DONALDSON, P.C.

/s/ Mary Conner Pool
Attorney for Debtor
P.O. Box 4479
Montgomery, Alabama 36103
Phone (334) 264-3363
Fax (334) 230-5406
mpool@bondbotes.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing statement as well as the attached amended plan on the parties listed below by mailing a copy of the same to them on this 30th day of September, 2019.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)

**By Certified Mail:**

**By First Class Mail, Postage Prepaid:**
Percy James, Jr., 6010 Wares Ferry Road, Montgomery, AL 36117
OneMain Financial, PO Box 3251, Evansville, IN 47731
Wells Fargo USA Holdings, Inc. as Trustee c/o Wells Fargo Bank, N.A. as Servicer, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

/s/ Mary Conner Pool
Attorney for Debtor